An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM F. MCNAIR, AN INDIVIDUAL; AND TERESA V. MCNAIR, AN INDIVIDUAL,
Appellants,
vs.
COPPER CREEK HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; AND ATC ASSESSMENT COLLECTION GROUP, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION,
Respondents.

No. 65038

**FILED**

AUG 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order confirming an arbitration award. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Notice of entry of the district court's January 8, 2014, order confirming the arbitration award was served on appellants by respondents' counsel via United States mail on that same day. Because service of the notice of entry was by mail, appellants had 33 days from the date of service to file their notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). Appellants' notice of appeal was therefore due to be filed in the district court on or before February 10, 2014. Appellants filed their notice of appeal on February 13, 2014, after the 33-day period for filing the notice of appeal had run. Because appellants' notice of appeal was untimely

14-27003

filed, we lack jurisdiction to consider this appeal. *See Healy v. Volkwagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court).

Accordingly, we

ORDER this appeal DISMISSED.

_____ *Pickering* , J.
Pickering

_____ J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Rob Bare, District Judge
Teresa V. McNair
William F. McNair
Angius & Terry LLP/Las Vegas
Eighth District Court Clerk